IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT P. DUNN, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-12-3643 |
| § | |
| ADMIRALTY MARINE AND § | |
| STRUCTURAL ENGINEERING, INC., *et al*, § | |
| § | |
| Defendants. § | |

**ORDER**

The status conference set for August 5, 2014 is rescheduled for **September 4, 2014, at 8:30 a.m.** in Courtroom 11-B.

SIGNED on August 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge